## 35746. OLIVER v. STYNCHCOMBE.

Judgment affirmed without opinion pursuant to Rule 59.

*All the Justices concur.*

SUBMITTED DECEMBER 14, 1979 — DECIDED JANUARY 24, 1980.

*Tommy Chason,* for appellant.

*Lewis R. Slaton, District Attorney, Benjamin H. Oehlert, III, Assistant District Attorney, Arthur K. Bolton, Attorney General,* for appellee.

## 35798. SULLINS v. BISHOP.

PER CURIAM.

Appellant has not followed the appeal procedures required by law in domestic relations cases (Ga. L. 1979, p. 619; Code Ann. § 6-701.1).

*Appeal dismissed. All the Justices concur.*

SUBMITTED JANUARY 4, 1980 — DECIDED JANUARY 24, 1980.

*Christopher A. Frazier,* for appellant.

*Hamilton & Minge, Gary Hamilton, Robert W. Steinbruegge,* for appellee.